## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Loretta Hill, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 23-cv-02146 |
| | ) | |
| Czarnowski Display Service, Inc., | ) | Judge Nancy L. Maldonado |
| | ) | |
| Defendant. | ) | Magistrate Judge Young B. Kim |

### LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, Defendant hereby declares the following "affiliates" as defined therein:

1) Individuals and entities owning 5% or more of Defendant, Czarnowski Display Service, Inc., stock:

    a. Mark Nagle;

    b. Jeffrey Nagle;

    c. Matthew (Kip) Nagle; and

    d. Michael Nagle.

2) Defendant's fictitious - d/b/a names:

    a. Czarnowski Collective

    b. Public School Agency

    c. Infusion Studios

Dated: May 10, 2023

Respectfully submitted,

<u>Sean B. Crotty</u>
One of Defendant's Attorneys

Sean Crotty
Eugene Schiltz
Elizabeth Richert
Crotty & Schiltz, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
T: (312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com
erichert@crottylaw.com

**CERTIFICATE OF FILING AND SERVICE**

I, Sean B. Crotty, hereby certify that on May 10, 2023, I electronically filed this **Rule 3.2 Notification as to Affiliates** with the Clerk of the Court using the ECF system, which served all parties of notice.

    /s/ Sean B. Crotty